

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 101ST JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 26th day of August, 2014, the cause on appeal to revise or reverse the judgment between

CHERRY PETERSEN LANDRY
ALBERT LLP, Appellant

No. 05-12-01559-CV         V.

ERWIN CRUZ, M.D., Appellee

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 10-16274.
Opinion delivered by Justice Lang-Miers,
Justices Francis and Lewis participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the trial court's November 1, 2012 sanctions order is **VACATED** and judgment is **RENDERED** that Erwin Cruz, M.D. take nothing by his motion for sanctions.

It is **ORDERED** that appellant Cherry Petersen Landry Albert LLP recover its costs of this appeal from appellee Erwin Cruz, M.D. The obligations of Travelers Insurance as surety on appellant's supersedeas bond are **DISCHARGED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 28th day of October, 2015.



LISA MATZ, Clerk